UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| CORNICE & ROSE INTERNATIONAL, L.L.C, <br><br> Plaintiff, <br> v. <br><br> JON RICHARD ("DICK") HERBRECHTS-MEYER, GENE A. HALL, KURT HERBRECHTSMEYER, MARK MILLER, DIANE WOLFE, MICHAEL DOE and FIRST SECURITY BANK & TRUST CO., <br><br> Defendants. | Civil Action No. 6:20-cv-2016-LRR-KEM <br><br><br> SCHEDULING AND DISCOVERY PLAN |

Counsel has conferred and submit the following case information and proposed dates for case management:

1. Did the parties both (a) enter into an agreement during the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information? _X_ yes ____ no
If the parties have agreed to deadline for making initial disclosures, state the date by which the initial disclosures will be made: July 31, 2020
*If any party objected during the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 14 days after this schedule and plan has been submitted, serve and file a document in which the objections are set forth with particularity.*

2. Deadline for motions to add parties: August 12, 2020
3. Deadline for motions to amend pleadings: August 12, 2020
4. Expert witnesses disclosed by:
   a) Plaintiff: September 11, 2020
   b) Defendant: November 10, 2020
   c) Plaintiff Rebuttal: December 10, 2020

5. Deadline for *completion* of discovery: February 7, 2021

6. Dispositive motions deadline (*at least 150 days before Trial Ready Date*): February 21, 2021

7. Trial Ready Date ( at least 150 days after Dispositive Motions Date): August 31, 2021

8. Has a jury demand been filed? X yes ___ no

9. Estimated length of trial: 6 days

10. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)? X yes ___ no

11. Are each of the attorneys in this case admitted to practice in the Northern District of Iowa pursuant to Local Rule 83? X yes ___ no

/s/ Peter C. Riley
Peter C. Riley
TOM RILEY LAW FIRM, P.L.C
4040 First Avenue NE
P.O. Box 998
Cedar Rapids, Iowa 52406-0998
Telephone: (319) 363-4040
Facsimile: (319) 363-9789
Email: peterr@trlf.com
ATTORNEYS FOR PLAINTIFFS

Randall E. Nielsen
PAPPAJOHN, SHRIVER, EIDE &
NIELSEN P.C.
103 E. State Street, Suite 800
PO Box 1588
Mason City, IA 50402-1588
Telephone: (641) 423-4264
Facsimile: (641) 423-3145
Email: nielsen@pappajohnlaw.com
ATTORNEYS FOR DEFENDANTS

/s/ Charles M. Thomson
Charles M. Thomson
LAW OFFICE OF CHARLES M. THOMSON
1110 N. Grand Ave., Suite 300
Charles City, Iowa 50616
Telephone: (847) 495-6834
Facsimile: (847) 495-3488
Email: cthomson@doall.com
ATTORNEYS FOR PLAINTIFFS